IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  6:11CR00008 |
| | ) | |
| ANTHONY CONNER | ) | |

**INFORMATION TO ENHANCE SENTENCE**

Pursuant to Title 21, United States Code, Section 851, defendant, ANTHONY CONNER, is hereby notified that he is subject to an enhanced sentence if convicted in the above-styled case. In establishing the enhanced sentence, the government will rely upon the defendant's previous felony conviction as follows:  The defendant was previously charged and convicted of felony possession with the intent to distribute marijuana on or about July 27, 2005, in the Circuit Court for the City of Buena Vista.

Respectfully submitted,

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

Date:  May 24, 2011

s/ Thomas Cullen
Assistant United States Attorney
Virginia Bar No. 68070
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2917 / FAX (540) 857-2614

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Information to Enhance Sentence has been electronically filed by CM/ECF system which will send notification of such filing to counsel for the defendant on this 24th day of May, 2011..

                                                s/ Thomas Cullen
                                          Assistant United States Attorney