AO 247 (06/09 -VAW) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

MAR 05 2015

JULIA C. DUDLEY, CLERK
BY: /s/ C. Amos
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.: 6:11-cr-00008-4 |
| Anthony Lane Conner | ) | USM No: 16033-084 |
| | ) | |
| Date of Previous Judgment: 10/04/2011 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120__ months **is reduced to** __96 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: 31 | | Amended Offense Level: 29 | |
| Criminal History Category: IV | | Criminal History Category: IV | |
| Previous Guideline Range: 151 to 188 months | | Amended Guideline Range: 121 to 151 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10/04/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 5, 2015

Effective Date:  November 1, 2015
*(if different from order date)*

*Judge's signature*
Norman K. Moon, U.S. District Judge
*Printed name and title*